UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Estate of JOSEPHINE GIAMPIETRI, Deceased, by and through VICKI JO GIAMPIETRI, Personal Representative for the Estate and Beneficiaries under RCW 4.20.010, 4.20.020 and 4.20.060,<br><br>                  Plaintiff,<br><br>  v.<br><br>COMMUNITY HEALTH SYSTEMS, PSC, a Delaware corporation; CHSPSC LEASING, INC., a Delaware corporation; COMMUNITY HEALTH SYSTEMS, INC., a Delaware corporation; SPOKANE WASHINGTON HOSPITAL COMPANY, LLC, dba Deaconess Hospital/Rockwood Health System, a domestic corporation,<br><br>                  Defendants. | NO: 14-CV-0051-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE AND REMAND |

BEFORE THE COURT is the parties' Stipulation for Dismissal and Remand (ECF No. 7). Pursuant to the parties' stipulation, the motion is **GRANTED**.

ORDER OF DISMISSAL WITH PREJUDICE AND REMAND ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. Defendants Community Health Systems, PSC, and Community Health Systems, Inc., are **DISMISSED** from the action with prejudice and without costs or attorney's fees to any party. Fed. R. Civ. P. 41(a)(1)(A)(ii).

2. Pursuant to the remaining parties' stipulation, the remaining action, between Plaintiff and Spokane Washington Hospital Company, LLC, dba Deaconess Hospital/Rockwood Health System, shall be **REMANDED** to Superior Court of the State of Washington for Spokane County, Cause No. 13-204779-3 for further proceedings without attorney's fees or costs assessed against either party. All pending motions are **DENIED** as moot.

The District Court Executive is hereby directed to enter this Order; provide copies to counsel; provide a certified copy to the Clerk of the Superior Court of the State of Washington for Spokane County, Cause No. 13-204779-3; and **CLOSE** this file.

**DATED** March 13, 2014.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE AND REMAND ~ 2